No. 253. THE UNITED STATES, PLAINTIFF IN ERROR, *v.* ATLANTA JOURNAL COMPANY ET AL. In error to the

Circuit Court of the United States for the Northern District of Georgia. Argued April 24, 1913. Decided May 5, 1913. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *United States* v. *Patten,* 226 U. S. 525, 535, and cases cited, and cause remanded to the District Court of the United States for the Northern District of Georgia. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the plaintiff in error. *Mr. Alex. C. King* and *Mr. Chas. T. Hopkins* for the defendant in error.